CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAY 11 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# DANVILLE DIVISION

| | |
|---|---|
| JANE THOMAS, | ) |
| Plaintiff, | ) |
| | ) Case No.: 4:17CV00009 |
| v. | ) |
| | ) **ORDER** |
| SENEX CORPORATION, | ) |
| | ) By: Jackson L. Kiser |
| Defendant. | ) Senior U. S. District Judge |

This case is before the Court on Plaintiff's Notice of Voluntary Dismissal (Doc. 4) filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Pursuant to the terms of the Notice, it is **ORDERED** that this action is dismissed with prejudice and the clerk is directed to close the case.

ENTER: May 11, 2017

/s/ Jackson L. Kiser
Senior United States District Judge